■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN POWELL, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [901 NYS2d 895]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 5, 2008 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.